No. 3246.—J. V. SEVIER v. SUCCESSION OF GORDON.

The district courts have no jurisdiction over the settlement of disputes purely probate in character. The parish courts have exclusive jurisdiction over such disputes.

APPEAL from the Thirteenth District Court, parish of Tensas. *Hough*, J. *J. W. Collier*, for plaintiff and appellee. *Farrar & Reeves*, for defendant and appellant.

HOWE, J. The plaintiff, being a judgment creditor, proceeded by rule against the executor of Gordon to show cause why succession property should not be sold to satisfy that judgment. The rule was made absolute April 29, 1870, and the sale of succession property ordered in amount sufficient to satisfy the judgment of plaintiff. The executor has appealed.

Sevier v. Succession of Gordon.

The decree of the court below must be avoided for want of jurisdiction. The matter in dispute was probate in character; it concerned strictly the "settlement" of the succession and belonged to the parish court.

It is therefore ordered that the judgment appealed from be avoided and annulled and the rule dismissed, with costs.